This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41008**

**SAN JUAN REGIONAL MEDICAL CENTER,**

Plaintiff-Appellee,

v.

**THE LAW OFFICES OF JAMES P. LYLE, P.C.,**

Defendant-Appellant,

and

**21ST CENTURY CENTENNIAL INSURANCE COMPANY and JUDY LYNN PARKER,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Erin B. O'Connell, District Court Judge**

Jackson Loman Stanford Downey & Stevens-Block, P.C.
Travis G. Jackson
Albuquerque, NM

for Appellee

Law Office of James P. Lyle, P.C.
James P. Lyle
Albuquerque, NM

for Appellant

### MEMORANDUM OPINION

**MEDINA, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**ZACHARY A. IVES, Judge**

**JANE B. YOHALEM, Judge**